IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH SANDERS, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No. 16-cv-1336-JPG-CJP |
| NANCY A. BERRYHILL, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Joseph Sanders.

**DATED:   September 12, 2017**

**JUSTINE FLANAGAN,**
**Acting Clerk of Court**

**BY:** *s/Tina Gray*
      **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**